*State, Respondent, v. Simms, Petitioner*, No. 92378-7. Petition for review of a decision of the Court of Appeals, No. 71863-1-I, September 14, 2015, 190 Wn. App. 1003. *Denied* March 30, 2016.

*State, Respondent, v. Johnson, Petitioner*, No. 92379-5. Petition for review of a decision of the Court of Appeals, No. 71562-3-I, July 27, 2015, 189 Wn. App. 1004. *Denied* March 30, 2016.

*State, Respondent, v. Grimes, Petitioner*, No. 92380-9. Petition for review of a decision of the Court of Appeals, No. 72043-1-I, September 14, 2015, 190 Wn. App. 1004. *Denied* March 30, 2016.

*Leahy et al., Petitioners, v. Quality Loan Serv. Corp., Respondent*, No. 92381-7. Petition for review of a decision of the Court of Appeals, No. 72065-1-I, June 29, 2015, 190 Wn. App. 1. *Denied* March 30, 2016.

*Boeing Co., Respondent, v. Davis, Petitioner*, No. 92386-8. Petition for review of a decision of the Court of Appeals, No. 73104-1-I, September 28, 2015, 190 Wn. App. 1021. *Denied* March 30, 2016.

*State, Respondent, v. Fort, Petitioner*, No. 92387-6. Petition for review of a decision of the Court of Appeals, Nos. 26830-6-III and 26204-9-III, September 15, 2015, 190 Wn. App. 202. *Denied* March 30, 2016.

*State, Respondent, v. Scribner, Petitioner*, No. 92388-4. Petition for review of a decision of the Court of Appeals, Nos. 31792-7-III and 32576-8-III, July 16, 2015, 188 Wn. App. 1056. *Denied* March 30, 2016.

*Clinesmith Cattle Co. et al., Petitioners, v. Kinch Farms, Inc., Respondent*, No. 92390-6. Petition for review of a decision of the Court of Appeals, No. 32314-5-III, September 10, 2015, 190 Wn. App. 1002. *Denied* March 30, 2016.